Leon R. Cooper, Appellant, *v.* Village of Brockport, Respondent.

Mary E. Cooper, Appellant, *v.* Village of Brockport, Respondent.

William F. Cooper, Appellant, *v.* Village of Brockport, Respondent.

Argued October 19, 1937; decided November 16, 1937.

*Arthur B. Curran* for appellants.

*Charles W. Green, James Mann, Clarence L. Burton* and *Eugene F. Lester* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.